**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martin VILLEMS, Defendant–**
**Appellant.**

**No. 05–15700**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 7, 2006.

Mario S. Cano, Law Offices of Mario S. Cano, Coral Gables, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, HULL and WILSON, Circuit Judges.

PER CURIAM:

After consideration of the parties's briefs and review of the record, we find no clear error in the district court's enhancement of Villems's sentence based on his role as a leader and organizer of the conspiracy to commit access device fraud. The undisputed facts in the presentence investigation report and the facts admitted at the plea colloquy reflect that Villems exercised decision-making authority, recruited accomplices, and was very involved in planning and organizing the conspiracy. Further, he exercised control over Katrin Pitkmann, and the conspiracy involved at least five participants. Thus, we affirm Villems's sentence.

**AFFIRMED.**